### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EDWIN J. PRADO GALARZA**
Plaintiff

v.

**EXAMSOFT WORLDWIDE, INC.,**
**INSURER A**
Defendants

**Case No. 20-cv-01894-TPB-AEP**

### STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the plaintiff Edwin J. Prado Galarza and defendant ExamSoft Worldwide, Inc. by and through the undersigned counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice.

/s/ Monica M. Kovecses
Megan Costa DeVault, Esq., Trial Counsel
Florida Bar Number: 0560731
Monica M. Kovecses, Esq.
Florida Bar No. 105382
**AKERMAN LLP**
420 S. Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
Emails: megan.devault@akerman.com
monica.kovecses@akerman.com
*Attorneys for Defendant, ExamSoft Worldwide, Inc.*

/s/ Manuel Franco
Manuel Franco, Esq.
**DMRA Law LLC**
1111 Brickell Ave.
Suite 1550
Miami, FL 33131
Tel. 305-548-8666
Florida Bar No. 126443
Manuel.Franco@DMRALaw.com
*Attorney for Plaintiff, Edwin J. Prado Galarza*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties or their attorneys by way of their designated email addresses this 27th day of October, 2020.

**DMRA Law LLC**
1111 Brickell Ave.
Suite 1550
Miami, FL 33131
Tel. 305-548-8666

*s/ Manuel Franco*
Manuel Franco
Florida Bar No. 126443
Manuel.Franco@DMRALaw.com