IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **EDWIN J. PRADO GALARZA**<br>Plaintiff<br><br>       v.<br><br>**EXAMSOFT WORLDWIDE, INC.,**<br>**INSURER A**<br>Defendants | **Case No. 20-cv-01894-TPB-AEP** |

### NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the plaintiff Edwin J. Prado Galarza by and through the undersigned counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all claims against Insurer A.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties or their attorneys by way of their designated email addresses this 27th day of October, 2020.

                                                **DMRA Law LLC**
                                                1111 Brickell Ave.
                                                Suite 1550
                                                Miami, FL 33131
                                                Tel. 305-548-8666

                                                *s/ Manuel Franco*
                                                Manuel Franco
                                                Florida Bar No. 126443
                                                Manuel.Franco@DMRALaw.com